UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF RHODE ISLAND

In re:   LASALLE HEALTH SERVICE, INC.                    BK. No.: 15-11488
             Debtor                                                      CHAPTER 7

**CORPORATE OWNERSHIP STATEMENT [RULES 1007(a)(1) & 7007.1]**

Pursuant to Federal Rules of Bankruptcy Procedures 1007(a)(1) and 7007.1, the undersigned corporation, Tech Fuel, Inc. certifies that:

1. _____ The following is a complete and accurate list of corporation(s) that directly or indirectly own(s) 10% or more of any class of its equity interests:

**OR**

2.  XX There are no entities to report under FRBP 1007(a)(1) or 7007.1.

The undersigned corporation further acknowledges its duty to file a supplemental statement promptly upon any change in circumstances that renders this Corporate Ownership Statement inaccurate.

LASALLE HEALTH SERVICE, INC.
Name of Corporation


By: /s/ Jon F. Lombardi
Jon F. Lombardi

Its: President