*UNITED STATES BANKRUPTCY COURT*
*DISTRICT OF RHODE ISLAND*

| | |
|---|---|
| In Re: LaSalle Health Service, Inc. | BK No. 1:15−bk−11488 |
| Debtor(s) | Chapter 7 |

*ORDER GRANTING (doc# 91 )*
*Re: Motion of Robert J. Poulson to Appear Pro Hac Vice filed by Interested Party Finalize Bankruptcy Inc.*

After consideration of the pleading(s), it is hereby **ORDERED** that the above entitled document (doc. # 91 ) is **GRANTED** .

*So Ordered:*

/s/ Diane Finkle
U.S. Bankruptcy Court Judge

Date: **11/27/18**

Entered on Docket: **11/27/18**
Document Number: **92 − 91**

145.jsp

___

*The Federal Center · 380 Westminster Street, 6th Floor · Providence, RI 02903 · Tel: (401) 626−3100*

*Website: www.rib.uscourts.gov*