**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF RHODE ISLAND**

| | |
|---|---|
| In Re: LaSalle Health Service, Inc. | BK No. 1:15−bk−11488 |
| Debtor(s) | Chapter 7 |

### NOTICE OF HEARING

**PLEASE TAKE NOTICE** that a hearing will be held at:

U.S. Bankruptcy Court, 380 Westminster Street, Providence, RI 02903 on 12/12/18 at 10:00 AM to consider and act upon the following:

#86 Motion to Sell filed by Trustee Charles A. Pisaturo, #89 Response/Request for Hearing filed by Trustee Charles A. Pisaturo, #90 Response/Notice of Higher Bid filed by Interested Party Finalize Bankruptcy Inc.

It is recommended that counsel utilize courtroom technology. If familiarization in use of the document camera and/or touch screens is required, please plan on arriving twenty minutes in advance of the hearing and meet with the Court Recorder for training.

/s/ Susan M. Thurston
Clerk, U.S. Bankruptcy Court

Date: **11/27/18**

Entered on Docket: **11/27/18**
Document Number: **93 − 86, 89, 90**

500.jsp

*The Federal Center · 380 Westminster Street, 6th Floor · Providence, RI 02903 · Tel: (401) 626−3100*
*Website: www.rib.uscourts.gov*